IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MAYES,

    Plaintiff,               No. CIV S-01-1108 DFL KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding pro se with a civil rights action. On April 27, 2005, plaintiff filed a request for an extension of time to file objections to findings and recommendations filed March 14, 2005. On April 28, 2005, plaintiff filed his objections, which were timely in accordance with this court's extension order of March 29, 2005.

      Accordingly, IT IS ORDERED that plaintiff's April 27, 2005, request for an extension of time is denied as moot.

DATED: June 14, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

2/maye1108.eot

1