IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. MAYES,

       Plaintiff,                     No. CIV S-01-1108 DFL KJM P

     vs.

D.L. RUNNELS, et al.,

       Defendants.               ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On March 14, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. On March 29, 2005, plaintiff was granted an additional thirty days to file objections. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1.  The findings and recommendations filed March 14, 2005, are adopted in full; and
5
6     2.  Defendants' July 2, 2004 motion to dismiss is granted.
7 DATED: 6/23/2005

           /s/ David F. Levi
       UNITED STATES DISTRICT JUDGE

/maye1108.805