IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. MAYES,

    Plaintiff,        No. CIV S-01-1108 DFL KJM P

  vs.

D.L. RUNNELS, et al.,

    Defendants.       ORDER

_____/

    On June 24, 2005, the district court adopted this court's findings and recommendations and ordered that the defendants' motion to dismiss be granted. Judgment was entered on the same day.

    On July 18, 2005, plaintiff filed a request for an extension of time in which to file his notice of appeal. Fed. R. App. P. 4(a)(5). He filed his notice of appeal on July 27, 2005.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's July 18, 2005 request for an extension of time in which to file his notice of appeal is granted nunc pro tunc; and

    2. Plaintiff is granted thirty days from July 18, 2005 in which to file his notice of appeal.

DATED: September 14, 2005.

                                  UNITED STATES MAGISTRATE JUDGE

2:maye1108.eot