UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| MICHAEL A. MAYES,<br><br>    Plaintiff - Appellant,<br>v.<br>D. L. RUNNELS; et al.,<br><br>    Defendants - Appellees. | No. 05-16499<br>D.C. No. CV-01-01108-DFL/KJM<br><br>ORDER |

**FILED**

SEP 1 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [X]

Explanation: _Plaintiff did not follow the grievance procedures by submitting his grievance to the various levels in that process._

_____
Judge
United States District Court

Date: 9/16/2005